**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:98CR00068-03** |
| ) | |
| **Leticia MCNEALEY** ) | |

**LEGAL HISTORY:**

On April 17, 2002, the above-named was sentenced to 120 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 36 months, which commenced on October 20, 2006.  Special conditions included: Warrantless search; Financial disclosure; Credit restrictions; Drug and alcohol treatment program; Co-payment for treatment program; Pager/cell phone restrictions; and $100 special assessment.

**SUMMARY OF COMPLIANCE:**

Ms. McNealey has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Ms. McNealey has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:**   **Leticia MCNEALEY**
  **Docket Number:  2:98CR00068-03**
  **RECOMMENDATION TERMINATING**
  **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　 /s/ Richard W. Elkins
　　　　　　　　　　　　　**RICHARD W. ELKINS**
　　　　　　　　　**Senior United States Probation Officer**

Dated:   May 11, 2009
　　　　 Elk Grove, California
　　　　 RWE/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
　　　　　　　　　 **DEBORAH A. SPENCER**
　　　　　　　　　 **Supervising United States Probation Officer**

cc:   AUSA (To be assigned) (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:98CR00068-03** |
| ) | |
| **Leticia MCNEALEY** ) | |
| ) | |


On October 20, 2006, the above-named was placed on Supervised Release for a period of 36 months. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.


Respectfully submitted,


/s/ Richard W. Elkins
**RICHARD W. ELKINS
Senior United States Probation Officer**


Dated:   May 11, 2009
         Elk Grove, California
         RWE/cj


**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

**RE:   Leticia MCNEALEY**
  **Docket Number:  2:98CR00068-03**
  **ORDER TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

  06/02/2009                                               /s/ John A. Mendez
**Date**                                                          **John A. Mendez**
                                                              **United States District Judge**

RWE/cj

Attachment:  Recommendation

cc:  United States Attorney's Office